**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 4:19-cr-00026 KGB**

**TERRY PORTER** **DEFENDANT**

# JUDGMENT

Pursuant to the Order filed on this date it is considered, ordered, and adjudged that the relief sought by defendant Terry Porter in his *pro se* motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is denied (Dkt. No. 107). The Court denies a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

It is so adjudged this 29th day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge